UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| DOUGLAS TURNER, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 1:07-CV-0024 CDP |
|  | ) |  |
| SCOTT COUNTY ASSOCIATE COURT, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## ORDER

This matter is before the Court upon its own motion. Petitioner, an inmate at the Southeast Correctional Center (SECC), seeks a writ of mandamus against the "Scott County Associate Court." Petitioner, however, has not submitted a form "Motion to Proceed In Forma Pauperis and Affidavit in Support -- Prisoner Cases" as required by 28 U.S.C. § 1915 (a) (1) and this Court's Local Rule 2.05(A). In addition, petitioner has failed to submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the submission of his complaint as required by 28 U.S.C. § 1915 (a) (2). As such, the Court is unable to determine petitioner's financial status.

Therefore,

**IT IS HEREBY ORDERED** that the Clerk of Court shall not issue process or cause process to be issued upon the complaint at this time, but shall provide petitioner with a form "Motion to Proceed In Forma Pauperis and Affidavit in Support -- Prisoner Cases."

**IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from the date of this order to submit a completed form "Motion to Proceed In Forma Pauperis and Affidavit in Support --

Prisoner Cases" and submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the submission of the petition on February 12, 2007.[1]

**IT IS FURTHER ORDERED** that if petitioner fails to submit both a form "Motion to Proceed In Forma Pauperis and Affidavit in Support -- Prisoner Cases" and a certified copy of his inmate trust fund account statement within thirty days from the date of this order, the Court will dismiss this action. See Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that if petitioner submits the form motion and affidavit, and submits his inmate trust fund account statement within thirty days, the Clerk of Court shall cause this action to be resubmitted to the Court for review under 28 U.S.C. § 1915.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2007.

---

[1] When requesting a certified copy of his inmate trust fund account statement, petitioner is instructed to inform the Department of Corrections that the account statement must include all activity on his account during the six-month period preceding the submission of his complaint on February 12, 2007.